UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO CEDAR JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND,<br><br>   Defendant. | Case No. 23-cv-00166-JCS<br>*Also Filed in Case No. 23-cv-00035-WHO*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Theo Cedar Jones, pro se, seeks a temporary restraining order preventing Defendant the City of Oakland from clearing an encampment referred to as the Wood Street Commons. As Jones acknowledges in his complaint, the Honorable William Orrick has recently granted a restraining order in another case preventing removals from that encampment at least until January 18, 2023. *See* Compl. (dkt. 1) at 3; *Janosko v. City of Oakland*, No. 3:23-cv-00035-WHO, ECF Doc. No. 18 (N.D Cal. Jan. 6, 2023). This case is therefore REFERRED sua sponte to Judge Orrick to determine whether it is related to the earlier-filed *Janosko* case concerning the same encampment. *See* Civ. L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: January 13, 2023

JOSEPH C. SPERO
Chief Magistrate Judge