UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JANOSKO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00035-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 47 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice under Federal Rule of Civil Procedure 41(a), because no answer or motion for summary judgment has been filed.  The Clerk shall close the case.

Dated: August 7, 2023



WILLIAM H. ORRICK
United States District Judge